UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JHONATHAN JAVIER LOBO VIZCAINO (A-235-493-212),

Petitioner,

v.

WARDEN, California City Detention Facility,

Respondent.

No. 2:26-cv-01051 DJC CSK

ORDER

Petitioner, an immigration detainee proceeding through appointed counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 9, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

(9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are adopted in full.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. Respondents are ordered to provide Petitioner Jhonathan Javier Lobo Vizcaino (A-235-493-212) with a constitutionally adequate bond hearing before an immigration judge/neutral decisionmaker within **fourteen (14) days** of the date of this order (unless an extension is agreed to by both parties) where Respondents bear the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight to justify his continued detention. Respondents must provide notice to Petitioner and if Petitioner has counsel, also to Petitioner's counsel, with at least five days' notice before the bond hearing. If Petitioner has counsel, Petitioner shall be allowed to have counsel present at any such hearing. If a bond hearing is not held within 14 days, Petitioner shall be immediately released.

4. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 19, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE